

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00382-CV

**IN RE L.J.R.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01389
Honorable Richard Garcia, Judge Presiding

## O R D E R

On June 8, 2018, appellant filed a "Notice of Appeal." The clerk's record was filed on June 18, 2018. Although the clerk's record contains the judge's notes, the clerk's record did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing within ten days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court